# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ERVIN KING

VERSUS

COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 12-752-SDD-RLB

## RULING
## AND
## ORDER OF DISMISSAL

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (Rec. Doc. 15) of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 13, 2014. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the decision of the Commissioner of the Social Security Administration is affirmed and the Plaintiff's Appeal is dismissed with prejudice.

Baton Rouge, Louisiana, March 7, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA